IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SCOTT BERRINGER,

      Plaintiff,                        No. CIV S-06-2484 FCD KJM P

      vs.

M. CHAVERINE,

      Defendant.                <u>ORDER</u>

                      /

         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

         The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

/////

1

1       In this case, the defendant is located and the claim arose in Monterey County, 2 which is in the Northern District of California. Therefore, plaintiff's claim should have been 3 filed in the United States District Court for the Northern District of California. In the interest of 4 justice, a federal court may transfer a complaint filed in the wrong district to the correct district. 5 See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6       Accordingly, IT IS HEREBY ORDERED that:

7       1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

9       2. This matter is transferred to the United States District Court for the Northern 10 District of California.

11 DATED: December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
berr2484.21a

2